[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-14051
Non-Argument Calendar
_____

D.C. Docket No. 3:14-cr-00004-CAR-CHW-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER PHILLIP VAUGHN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(May 13, 2015)

Before ED CARNES, Chief Judge, HULL and ROSENBAUM, Circuit Judges.

PER CURIAM:

Donald L. Johstono, appointed counsel for Christopher Phillip Vaughn, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vaughn's conviction and sentence are **AFFIRMED**.